IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JORDAN JOHNSON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>IOWA STATE PENITENTIARY,<br><br>　　　　Defendant. | No. C13-0096-LRR<br><br>**ORDER** |

The matter before the court is the plaintiff's letter, which the clerk's office construed as a complaint under 42 U.S.C. § 1983. The clerk's office filed such complaint on September 20, 2013. The plaintiff did not submit the required filing fee or an application to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a) (requiring $450.00 filing fee for civil actions, except that on application for a writ of habeas corpus the filing fee is $5.00); 28 U.S.C. § 1915 (explaining in forma pauperis proceedings). Further, the plaintiff's letter is not sufficient to commence an action. *See* Fed. R. Civ. P. 3 (indicating a civil action is commenced by filing a complaint); *see also* Fed. R. Civ. P. 8 (addressing general rules of pleading). Consequently, the court is unsure what type of action, if any, that the plaintiff is trying to commence. Accordingly, this action is dismissed without prejudice.

　　　**IT IS SO ORDERED**

　　　**DATED** this 28th day of October, 2013.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA